**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

February 8, 2011

Clerk, U.S. Bankruptcy Court

RE: Howard B. & Michelle Willis
    Bankruptcy Case No. 5-05-55864
    Unclaimed Funds For: RAI Credit Corp
                         401 Hackensack Ave
                         Hackensack NJ 07601


Dear Clerk:

Enclosed herewith please find check No. 1008932 for $618.01 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

        Very truly yours,

        /s/ Carol A. Kreider

        Carol A. Kreider
        Funds Manager



FILED
HARRISBURG, PA
2011 FEB 11  AM 7:24
U.S. BANKRUPTCY COURT

Case 5:05-bk-55864-JJT    Doc 29    Filed 02/11/11    Entered 02/11/11 07:54:42    Desc